■ ARTHUR SCHUSTER, Deceased, by RONNIE SIEGEL, as Executrix, Respondent, v 79TH STREET PARKING CORP. et al., Appellants, et al., Defendants. (And a Third-Party Action.) [670 NYS2d 72] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about September 3, 1997, which denied defendants-appellants' cross motion for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

The motion was properly denied on the ground that defendants-appellants failed to make a prima facie showing of entitlement to summary judgment as a matter of law (*Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853). Concur—Rosenberger, J. P., Ellerin, Wallach and Rubin, JJ.